United States District Court
Southern District of Texas
**ENTERED**
November 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-18-CR-199-S2 |
| | § | |
| FADI ISSA ISSA | § | |
| NADAL DIYA | § | |
| LABIB DEEB ARAFAT | § | |
| MAXIMILIANO SANDOVAL ROMERO | § | |
| LEATRICE MALIKA DE BRUHL-DANIELS | § | |

### ORDER

Upon due consideration of the Government's motion to certify the above captioned-case as complex pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii), the same is hereby GRANTED/~~DENIED~~.

SO ORDERED at Houston, Texas, on this 15 day of NOV, 2018.

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS